### Louis Sabo, Appellee, v. Aurora, Elgin & Chicago Railroad Company, Appellant.

### Gen. No. 5,777.   (Not to be reported in full.)

Appeal from the City Court of Aurora; the Hon. EDWARD M. MANGAN, Judge, presiding. Heard in this court at the April term, 1913. Reversed with finding of facts. Opinion filed October 17, 1913.

### Statement of the Case.

Action by Louis Sabo against Aurora, Elgin & Chicago Railroad Company to recover for injuries sustained by plaintiff resulting from a collision of defendant's street car with plaintiff's horse and wagon. From a judgment in favor of plaintiff for five hundred dollars, defendant appeals.

HOPKINS, PEFFERS & HOPKINS, for appellant.

MIGHELL, GUNSUL & ALLEN for appellee.

Mr. JUSTICE CARNES delivered the opinion of the court.

## Abstract of the Decision.

1. STREET RAILROADS, § 86*—*care required on approaching vehicles parallel with track.* Prudence may or may not require that a signal should be given on approaching a vehicle from the rear.

2. STREET RAILROADS, § 86*—*when not liable for collision.* Street car company *held* not liable for injuries sustained by the driver of a horse and wagon resulting from a collision, where the driver of the wagon was going in the same direction as the street car and attempted to cross the track without looking back and the evidence showing that the street car was running at slackened speed but could not have been stopped in time to avoid the collision.

3. STREET RAILROADS, § 86*—*right of driver of street car to assume that vehicle will not cross track.* A driver of a street car is not bound, in the absence of anything to warn him, to assume that the driver of a vehicle will turn and cross the tracks ahead of him.